JOHN W. HUBER, United States Attorney (#7226)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
DISTRICT COURT

2018 SEP 19 P 1: 08

DISTRICT OF UTAH

BY:

_____
COURT CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | VIOS. COUNT 1, 2, 18 U.S.C. § 2113(a) CREDIT UNION ROBBERY. |
| vs. | |
| NATHAN DALE MORRIS, | Case: 1:18-cr-00080<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 9/18/2018<br>Description: |
| Defendant. | |

The Grand Jury Charges:

## COUNT 1
(Credit Union Robbery)
18 U.S.C. § 2113(a)

On or about August 24, 2018, in the Northern Division of the District of Utah,

**NATHAN DALE MORRIS,**

the defendant herein, by force, violence, and intimidation did take from the person and presence of others, employees of the Weber State Credit Union, located at 5997 S. 3500 W. Roy, Utah, U.S. Currency, belonging to and in the care, custody, control, management, and possession of the Weber State Credit Union, a credit union whose deposits are and on the date of the robbery were then insured by the National Credit

Union Administration Board (NCUAB); all in violation of Title 18, United States Code, Section 2113(a).

## COUNT 2
(Credit Union Robbery)
18 U.S.C. § 2113(a)

On or about August 29, 2018, in the Northern Division of the District of Utah,

**NATHAN DALE MORRIS**,

the defendant herein, by force, violence, and intimidation did take from the person and presence of others, employees of the Golden West Credit Union, located at 1765 W. 2700 N. Farr West, Utah, U.S. Currency, belonging to and in the care, custody, control, management, and possession of the Golden West Credit Union, a credit union whose deposits are and on the date of the robbery were then insured by the National Credit Union Administration Board (NCUAB); all in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_____
CARLOS A. ESQUEDA
Assistant United States Attorney

2